**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**


**1443 CHAPIN STREET, LP**               )
                                         )
      Plaintiff,                        )
                                         )
v.                                       )          Case No. 08-1532
                                         )          Judge Kollar-Kotelly
                                         )
**PNC BANK, NATIONAL ASSOCIATION**       )
                                         )
      Defendant.                        )
_____)


# EXHIBIT A

**(To the Affidavit of Steven Schwat)**

CONDOMINIUM BOOK _____, PAGE _____

SHEET  1  OF  8

## PLAT AND PLANS OF CONDOMINIUM SUBDIVISION
# 1443 CHAPIN STREET CONDOMINIUM
## LOT 34, SQUARE 2662
## 1443 CHAPIN STREET, N.W.
## WASHINGTON, DISTRICT OF COLUMBIA

## OWNER'S CERTIFICATION

In accordance with the Condominium Act of 1976, D.C. Law 1 – 89, as amended, the undersigned, owner of Lot 34 in Square 2662, as per plat recorded in Subdivision Book 1 at Page 76, among the Records of the Office of the Surveyor of the District of Columbia, hereby subdivides the buildings shown into 16 Residential Condominium Units, with certain General and Limited Common Elements, as more fully set forth in the Declaration and By–Laws for Providence Square Town Home Condominium, recorded in the Office of the Recorder of Deeds of the District of Columbia, as Instrument Numbers _____ and _____, respectively, on _____

The undersigned owner further requests that the Condominium project, as shown on the attached Plat and Plans, consisting of 8 sheets, be accepted for recordation in the Office of the Surveyor of the District of Columbia.

The owner, being first duly sworn, hereby certifies, deposes, and says that 1443 Chapin Street Limited Partnership, a District of Columbia Limited Partnership, is the owner in fee simple of the above–mentioned property including improvements; that no other person or persons other than the undersigned owner has any ownership interest or claim therein, except for existing trusts, if any; that the undersigned owner is in peaceful occupation thereof; that there are no suits or actions pending affecting the title to said property, including the improvements; that there is one existing deed of trust on said property; and that the use of the individual units conforms to the applicable laws and regulations of the District of Columbia.

Witness our hand(s) and seal(s) this _____ day

of _____, 200__.

1443 Chapin Street Limited Partnership
a District of Columbia Limited Partnership

By _____, Managing Member

By: _____        _____
        Sole Member                     Witness
                                    _____
                                       Witness
Subscribed and sworn before me this _____ day

of _____, 200__.

_____ My commission expires _____
    Notary Public

**Trustee's Consent:**

_____    _____
Trustee                Witness
                   _____
                      Witness
Subscribed and sworn before me this _____

day of _____, 200__.

_____
Notary Public

My commission expires _____

**Trustee's Consent:**

_____    _____
Trustee                Witness
                   _____
                      Witness
Subscribed and sworn before me this _____

day of _____, 200__.

_____
Notary Public

My commission expires _____

## OFFICE OF TAX AND REVENUE

Date: _____
Ownership correct according
to records of this office: _____
General taxes paid to: _____
No unpaid arrears: _____
No unpaid special assessments: _____

_____
Real Property Administration

## REGISTERED ENGINEER'S CERTIFICATE

I hereby certify that this Plat and these Plans are correct; that they represent a field Survey made under my direction; that all of the units have been substantially completed; and that the information shown herein is in conformance with the records of the Office of the Surveyor of the District of Columbia, and complies with the requirements of the Condominium Act of 1976, D.C. Law 1 – 89, as amended.

_____        _____
Paul D. Elman                      Date
Registered Professional Engineer
D.C. No. 749010158

## DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS

Date: _____
        I hereby certify that this condominium subdivision complies with the Zoning Regulations of the District of Columbia.

Zoning:   R–4

_____
Zoning Administrator

### BENCH MARK

D.C. Bench Mark _____

Elevation = _____, per datum of
D.C. Department of Public Works.

I acknowledge that this is not a tax certificate as intended by D.C. Code, Title 47, Section 405.

_____
Owner or Authorized Agent

## OFFICE OF THE SURVEYOR, D.C.

Date: _____
This Plat and these Plans are accepted for recordation in accordance with the Condominium Act of 1976, D.C. Law 1 – 89, as amended.

_____
Surveyor, D.C.

Recorded at _____
Recorded in Condominium Book _____, Page _____
Survey recorded on Annex Plats  1  to  8

# PRECISION SURVEYING
# AND CONSULTING SERVICES, INC.
### 3033 NUTWOOD LANE, SUITE 102
### BOWIE, MARYLAND  20716
PHONE:  (301) 390–5610        FAX:  (301) 249–9360

10–09–2006

P–2000–08    W.O. 6847

Case 1:08-cv-01532-CKK    Document 12-3    Filed 10/03/08    Page 3 of 9

# PLAT OF CONDOMINIUM SUBDIVISION
# 1443 CHAPIN STREET CONDOMINIUM
## LOT 34, SQUARE 2662
### 1443 CHAPIN STREET, N.W.
### WASHINGTON, DISTRICT OF COLUMBIA
### LOCATION OF IMPROVEMENTS

SCALE: 1" = 20'



ALLEY
(20' PUBLIC RIGHT-OF-WAY)
CONCRETE PAVING

CHAPIN STREET, N.W.
(50' PUBLIC RIGHT OF WAY)
ASPHALT PAVING

## NOTES

1. LCE = Limited Common Elements
2. GCE = General Common Elements
3. All unit dimensions are approximate, and are based on physical measurements taken within the units to the units' finished surfaces of walls.  Actual unit boundaries however may extend to include such unmeasured items as drywall, plaster, flooring, doors and windows.  See Condominium Declaration for specific details.
4. Parking spaces are General Common Elements, any or all of which may be assigned as Limited Common Elements for the exclusive use of particular Units in accordance with the Declaration.

## PRECISION SURVEYING AND CONSULTING SERVICES, INC.

3033 NUTWOOD LANE     SUITE 102     BOWIE     MARYLAND     20716     (301) 390-5610     FAX (301) 249-9360

Case 1:08-cv-01532-CKK    Document 12-3    Filed 10/03/08    Page 4 of 9

# PLANS OF CONDOMINIUM SUBDIVISION
# 1443 CHAPIN STREET CONDOMINIUM
## LOT 34, SQUARE 2662
### 1443 CHAPIN STREET, N.W.
### WASHINGTON, DISTRICT OF COLUMBIA
### PARKING LEVEL



UPPER LIMIT ELEVATION = 192.0
LOWER LIMIT ELEVATION = 182.5

SCALE: 1" = 10'

## NOTES

1. LCE = Limited Common Elements
2. GCE = General Common Elements
3. All unit dimensions are approximate, and are based on physical measurements taken within the units to the units' finished surfaces of walls.  Actual unit boundaries however may extend to include such unmeasured items as drywall, plaster, flooring, doors and windows.  See Condominium Declaration for specific details.
4. Parking spaces are General Common Elements, any or all of which may be assigned as Limited Common Elements for the exclusive use of particular Units in accordance with the Declaration.

# PRECISION SURVEYING AND CONSULTING SERVICES, INC.

3033 NUTWOOD LANE    SUITE 102    BOWIE    MARYLAND    20716    (301) 390-5610    FAX (301) 249-9360

10-09-2006                                                                 P-2000-08      W.O. 6847

Case 1:08-cv-01532-CKK    Document 12-3    Filed 10/03/08    Page 5 of 9

# PLANS OF CONDOMINIUM SUBDIVISION
# 1443 CHAPIN STREET CONDOMINIUM
## LOT 34, SQUARE 2662
### 1443 CHAPIN STREET, N.W.
### WASHINGTON, DISTRICT OF COLUMBIA
### GARDEN LEVEL



UPPER LIMIT ELEVATION = 203.0
LOWER LIMIT ELEVATION = 193.0

## NOTES

1. LCE = Limited Common Elements
2. GCE = General Common Elements
3. LCE-R = Limited Common Elements Reserved for the Exclusive Use of the Owners of Residential Units
4. All unit dimensions are approximate, and are based on physical measurements taken within the units to the units' finished surfaces of walls. Actual unit boundaries however may extend to include such unmeasured items as drywall, plaster, flooring, doors and windows. See Condominium Declaration for specific details.
5. Parking spaces (9' x 19') are General Common Elements, any or all of which may be assigned as Limited Common Elements for the exclusive use of particular Units in accordance with the Declaration.

# PRECISION SURVEYING AND CONSULTING SERVICES, INC.

3033 NUTWOOD LANE     SUITE 102     BOWIE     MARYLAND     20716     (301) 390-5610     FAX (301) 249-9360

10-09-2006

P-2000-08     W.O. 6847

Case 1:08-cv-01532-CKK    Document 12-3    Filed 10/03/08    Page 6 of 9

# PLANS OF CONDOMINIUM SUBDIVISION
# 1443 CHAPIN STREET CONDOMINIUM
### LOT 34, SQUARE 2662
### 1443 CHAPIN STREET, N.W.
### WASHINGTON, DISTRICT OF COLUMBIA
### SECOND FLOOR

UPPER LIMIT ELEVATION = 214.0
LOWER LIMIT ELEVATION = 204.0

## NOTES

1. LCE = Limited Common Elements
2. GCE = General Common Elements
3. All unit dimensions are approximate, and are based on physical measurements taken within the units to the units' finished surfaces of walls. Actual unit boundaries however may extend to include such unmeasured items as drywall, plaster, flooring, doors and windows. See Condominium Declaration for specific details.



**PRECISION SURVEYING AND CONSULTING SERVICES, INC.**

3033 NUTWOOD LANE    SUITE 102    BOWIE    MARYLAND    20716    (301) 390-5610    FAX (301) 249-9360

10-09-2006    P-2000-08    W.O. 6847

Case 1:08-cv-01532-CKK Document 12-3 Filed 10/03/08 Page 7 of 9

# PLANS OF CONDOMINIUM SUBDIVISION
# 1443 CHAPIN STREET CONDOMINIUM
## LOT 34, SQUARE 2662
### 1443 CHAPIN STREET, N.W.
### WASHINGTON, DISTRICT OF COLUMBIA
### THIRD FLOOR



UPPER LIMIT ELEVATION = 225.0
LOWER LIMIT ELEVATION = 215.0

NOTES

1. LCE = Limited Common Elements
2. GCE = General Common Elements
3. All unit dimensions are approximate, and are based on physical measurements taken within the units to the units' finished surfaces of walls. Actual unit boundaries however may extend to include such unmeasured items as drywall, plaster, flooring, doors and windows. See Condominium Declaration for specific details.

SCALE: 1" = 10'

PRECISION SURVEYING AND CONSULTING SERVICES, INC.

3033 NUTWOOD LANE    SUITE 102    BOWIE    MARYLAND    20716    (301) 390-5610    FAX (301) 249-9360

10-09-2006    P-2000-08    W.O. 6847

CONDOMINIUM BOOK          , PAGE                                        SHEET  7  OF  8

# PLANS OF CONDOMINIUM SUBDIVISION
# 1443 CHAPIN STREET CONDOMINIUM
## LOT 34, SQUARE 2662
### 1443 CHAPIN STREET, N.W.
### WASHINGTON, DISTRICT OF COLUMBIA
### FOURTH FLOOR



UPPER LIMIT ELEVATION = 236.0
LOWER LIMIT ELEVATION = 226.0

## NOTES

1. LCE = Limited Common Elements
2. GCE = General Common Elements
3. All unit dimensions are approximate, and are based on physical measurements taken within the units to the units' finished surfaces of walls. Actual unit boundaries however may extend to include such unmeasured items as drywall, plaster, flooring, doors and windows. See Condominium Declaration for specific details.

# PRECISION SURVEYING AND CONSULTING SERVICES, INC.

3033 NUTWOOD LANE          SUITE 102          BOWIE          MARYLAND          20716          (301) 390-5610          FAX (301) 249-9360

10-09-2006                                                              P-2000-08          W.O. 6847

Case 1:08-cv-01532-CKK   Document 12-3   Filed 10/03/08   Page 9 of 9

## PLANS OF CONDOMINIUM SUBDIVISION
# 1443 CHAPIN STREET CONDOMINIUM
### LOT 34, SQUARE 2662
### 1443 CHAPIN STREET, N.W.
### WASHINGTON, DISTRICT OF COLUMBIA
### PENTHOUSE / ROOF

SCALE: 1" = 10'

N

LOWER LIMIT ELEVATION = 237.0

OPEN TO BELOW

DECK LCE-404

DECK LCE-404

PART OF 404

DECK LCE-403

OPEN TO BELOW

PART OF 403

CORRIDOR (GCE)

MECHANICAL EQUIPMENT (GCE)

ELEV. (GCE)

STAIRS (GCE)

PART OF 402

OPEN TO BELOW

DECK LCE-402

PART OF 401

DECK LCE-401

OPEN TO BELOW

DECK LCE-401

10.1'  9.7  8.6  11.2  3.5  9.0'  11.8'  12.3  12.5  23.8'  25.1'  29.0'  17.5  8.7  8.0'  7.7'  4.9'  12.2'  4.5  24.1'  19.6'  17.7  6.4'  5.8  8.3  9.0  1.9'  53.7  36.0'  17.7  7.7  7.7'  24.1'  12.5  12.5  8.7'  3.9'  25.1'  11.8'  12.3  23.8'  10.1'  9.7  3.5  9.0'  11.2  8.6'

# PRECISION SURVEYING AND CONSULTING SERVICES, INC.
3033 NUTWOOD LANE    SUITE 102    BOWIE    MARYLAND    20716    (301) 390-5610    FAX (301) 249-9360

10-09-2006    P-2000-08    W.O. 6847