**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**


**1443 CHAPIN STREET, LP**        )
                               )
       Plaintiff,                )
                               )
v.                               )     Case No. 08-1532
                               )     Judge Kollar-Kotelly
                               )
**PNC BANK, NATIONAL ASSOCIATION**   )
                               )
       Defendant.             )
_____)


# <u>EXHIBIT B</u>

**(To the Affidavit of Steven Schwat)**



# Department of Consumer and Regulatory Affairs
## Permit Center
941 North Capitol St. NE Room 2100
Washington DC 20002

Tel:(202) 442-4589

**B**

# Building Permit

**THIS PERMIT IS VALID ONLY FOR THE PREMISES
OF THE PROJECT ADDRESS**

**PERMIT NO. 96446**                                    **DATE: 7/9/2007**

| ADDRESS OF PROJECT: | S S L: | SQ: 2662 | SX: | LOT: 0034 |
|---|---|---|---|---|
| 1443 CHAPIN ST NW | | WARD: 1 ZONE R5B | | |

**DESCRIPTION OF WORK:**
CONSTRUCT A NEW 16 UNIT APARTMENT BUILDING WITH 9 SPACES CELLAR PARKING AND 3 SPACES SURFACE PARKING. BUILDING PROJECTION BEYOND THE BUILDING RESTRICTION LINE. CONSTRUCT RETAINING WALLS. CONSTRUCT FENCES ON PRIVATE PROPERTY. excavation for SHEETING AND SHORING ENTIRELY ON PRIVATE

| PERMIT TYPE: | PLANS (Y/N) | EXISTING USE: | PROPOSED USE: |
|---|---|---|---|
| NEW BUILDING | Y | ASSEMBLY USES, OTHERS | Residential-Apartment |

| PERMISSION IS HEREBY GRANTED TO | PERMIT FEE: |
|---|---|
| OWNER: 1443 Chapin St LP | $2,114.06 |

**AGENT NAME:**
JAMES SMITH

**CONDITIONS / RESTRICTIONS:**
ALL CONSTRUCTION DONE ACCORDING TO THE CURRENT BUILDING CODES ; ALL CONSTRUCTION DONE ACCORDING TO THE CURRENT ZONING REGULATIONS ; GARDEN RETAINING WALL IS TO BE 42" MAX IN HEIGHT. MODIFICATION LETTER FOR PROJECTION IS APPROVED. OCCUPANCY IN P.S. REQUIRES OCCUPANCY PERMIT.

TO REPORT WASTE, FRAUD OR ABUSE BY ANY DC GOVERNMENT OFFICIAL, CALL THE DC INSPECTOR GENERAL AT 1-800-521-1639:

| Acting DIRECTOR: | PERMIT CLERK: | EXPIRATION DATE: |
|---|---|---|
| Linda K. Argo | | 7/8/2008 |

CONDITIONS: As a condition precedent to the issuance of this permit, the owner agrees to conform with all conditions set forth herein, and to perform the work authorized hereby in accordance with the approved application and plans on file with the District Government and in accordance with all applicable laws and regulations of the District of Columbia. The District of Columbia has the right to enter upon the property and to inspect all the work authorized by this permit and to require any change in construction which may be necessary to ensure compliance with the permit and with all the applicable regulations of the District of Columbia. Work authorized under the Permit must start within one (1) year of the date appearing on this permit or this permit is automatically void. If work is not started, any application for partial refund must be made within six months of the date appearing on this permit.

THIS PERMIT MUST ALWAYS BE CONSPICUOUSLY DISPLAYED AT ADDRESS OF WORK UNTIL WORK IS COMPLETED.

Separate permits are required for all Plumbing, Refrigeration, Gas Fitting, and Electrical Work.


