**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **1443 CHAPIN STREET, LP** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-1532 |
| | ) | Judge Kollar-Kotelly |
| | ) | |
| **PNC BANK, NATIONAL ASSOCIATION** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

# EXHIBIT D

**(To the Affidavit of Steven Schwat)**

























