**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **1443 CHAPIN STREET, LP** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-1532 |
| | ) | Judge Kollar-Kotelly |
| | ) | |
| **PNC BANK, NATIONAL ASSOCIATION** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER DENYING SUMMARY JUDGMENT

In consideration of the Motion for Summary Judgment of Defendant, PNC Bank,

National Association, and the opposition of Plaintiff, 1443 Chapin Street, LP, and the Court

having determined that there are genuine disputes as to material facts and that accordingly

Defendant is not entitled to judgment as a matter of law, it is hereby ORDERED by the United

States District Court for the District of Columbia that the Motion for Summary Judgment is

hereby DENIED.

_____

United States District Judge

DATE:_____ \_\_\_, 2008